STATE v. POWELL

No. 122P83.

Case below: 61 N.C. App. 124.

Petition by defendant for discretionary review under G.S. 7A-31 denied 16 March 1983.

STATE v. SIMPSON

No. 78P83.

Case below: 60 N.C. App. 436.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 April 1983.

STATE v. WELLS

No. 70P83.

Case below: 59 N.C. App. 682.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 5 April 1983.

STATE v. WHITE

No. 128P83.

Case below: 60 N.C. App. 595.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 April 1983. Motion of Attorney General to dismiss appeal for lack of significant public interest allowed 5 April 1983.

UNITED LEASING CORP. v. MILLER

No. 49P83.

Case below: 60 N.C. App. 40.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 5 April 1983.